In the MATTER OF a MEMBER OF the BAR of the Supreme Court of the State of Delaware: Tabatha L. CASTRO

No. 5, 2017

Supreme Court of Delaware.

Submitted: April 5, 2017

Decided: April 12, 2017

ORDERED.

Dallas H. DRUMMOND, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 94, 2017

Supreme Court of Delaware.

Submitted: March 8, 2017

Decided: April 20, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1004007691

DISMISSED.

In the MATTER OF the Petition of Acay A. LAMPKINS for a Writ of Mandamus

No. 108, 2017

Supreme Court of Delaware.

Submitted: March 21, 2017

Decided: April 20, 2017

DISMISSED as moot.

Dominique TISINGER, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 568, 2016

Supreme Court of Delaware.

Submitted: March 15, 2017

Decided: April 20, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1510007181

DISMISSED.